**JS - 6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBER SAID, GEORGETTE SAID | Case No. EDCV 13-02118-VAP (DTBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ~~COMMISSIONER OF IRS, ET AL.,~~ DONALD HONAKER; DOES 1-25, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' First Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated: February 19, 2014

                                  VIRGINIA A. PHILLIPS
                          United States District Judge